**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT SESMA, | No. 07-56727 |
| Petitioner - Appellant, | D.C. No. CV-07-00539-WQH(JMA) |
| v. | |
| GEORGE A. NEOTTI, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN and FISHER, Circuit Judges.

California state prisoner Robert Sesma appeals from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition.  We have jurisdiction

under 28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Sesma contends that the Board's 2005 decision to deny him parole for the tenth time was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *Swarthout v. Cooke*, 139 S.Ct. 859, 863 (2011); *see Roberts v. Hartley*, 2011 WL 1365811 at *2-3 (9th Cir. Apr. 12, 2011) (applying *Cooke*). Because Sesma raises no procedural challenges, we affirm.

**AFFIRMED.**